**DISMISS and Opinion Filed May 3, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00090-CV**

**JOHN EVANS, Appellant**
**V.**
**NOSHI PROPERTIES, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-05284-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Breedlove
Opinion by Chief Justice Burns

On March 26, 2024, we sent a letter to the parties questioning our jurisdiction because it appears this appeal is moot. We directed appellant to file a letter brief addressing our jurisdictional concern no later than April 5, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240090F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

JOHN EVANS, Appellant

No. 05-24-00090-CV          V.

NOSHI PROPERTIES, LLC,
Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-05284-
C.

Opinion delivered by Chief Justice
Burns. Justices Molberg and
Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 3, 2024